IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In Re: | ) | Case No. 10-60066 |
| WINDERMERE DEVELOPMENT | ) | Chapter 7 |
| COMPANY, LLC, | ) | |
| Debtor. | ) | |

## MOTION TO AMEND ORDER APPROVING
## SETTLEMENT AGREEMENT

Comes now the Trustee and prays the Court make and enter its order amending the prior approval of the Trustee's settlement agreement. The reason for this application is that the now entered order does not correctly state the names of the counterclaim defendants.

WHEREFORE, the Trustee prays the above requested relief.

CHECKETT & PAULY, P.C.

/s/ Kevin Checkett
Kevin Checkett, #25838
517 S. Main Street
P.O. Box 409
Carthage, MO 64836
(417)358-4049 Telephone
(417)358-6341 Facsimile
ATTORNEYS FOR TRUSTEE

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically to those parties who have entered an appearance in the court's Electronic Court Filing (ECF) System and conventionally, via first-class mail, postage prepaid, to those parties below, if any, who have requested notice but are not participating in the ECF System, on the date entered on the court's docket.

/s/Kevin Checkett
Attorney of Record