IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| WINDERMERE DEVELOPMENT COMPANY, LLC | ) | Case No. 10-60066 |
| | ) | Chapter 7 |
| Debtor(s). | ) | |
| | ) | |

### OBJECTION TO CLAIM NO. 1 OF EXECUTIVE BOARD OF THE MISSOURI BAPTIST CONVENTION, INC. AND NOTICE TO CLAIMANT

COMES NOW the Trustee and objects to proof of claim number 1 filed by creditor, Executive Board of the Missouri Baptist Convention, Inc., in an unknown amount on February 11, 2010.

The basis for the objection is as follows

☑  The claim should be disallowed entirely because Windermere Development Company, LLC has filed its dismissal in the litigation with the Executive Board of the Missouri Baptist Convention, Inc.  As such, Windermere Development Company LLC claims no interest in the subject real property deemed 943 acres in Camden County, Missouri.  Windermere Development has no obligation to the Claimant.

### NOTICE TO CLAIMANTS

PLEASE TAKE NOTICE that you have 30 days from the date of service of this objection and notice to file a response or an amended claim. Your response must be in writing and state with particularity why you believe your claim should be allowed.  If you do not file a response within the time indicated, the trustee's objection to the claim will be sustained, your claim will be disallowed, and you will receive no payment from the bankruptcy estate on account of your claim.  If you file a response to the trustee's objection, the court will schedule a hearing to consider the merits of the trustee's objection.

      In the event the court schedules a hearing, the claimant and trustee will be expected to appear at the hearing to present their respective positions.

                       /s/Kevin Checkett  
                       J.  Kevin Checkett, Trustee  
                       517 S. Main St., P.O. Box 409  
                       Carthage, Missouri 64836  
                       Telephone: 417-358-4049  
                       Facsimile: 417-358-6341

The above Objection and Notice was served by first class mail to:

    Michael K. Whitehead  
    Attorney at Law  
    1100 Main Street, Ste. 2600  
    Kansas City, MO 64105