# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re: WINDERMERE DEVELOPMENT COMPANY, LLC § Case No. 10-60066
§
§
Debtor(s) §

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on January 14, 2010. The undersigned trustee was appointed on January 14, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $        170,111.28

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 25,990.60 |
   | Bank service fees | 903.11 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]     $ | 143,217.57 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/19/2011 and the deadline for filing governmental claims was 07/13/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $11,755.56. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $11,755.56, for a total compensation of $11,755.56.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $131.20, for total expenses of $131.20.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/14/2013     By: /s/J. KEVIN CHECKETT
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-60066  
**Case Name:** WINDERMERE DEVELOPMENT COMPANY, LLC

**Period Ending:** 04/14/13

**Trustee:**     (450210)    J. KEVIN CHECKETT  
**Filed (f) or Converted (c):** 01/14/10 (f)  
**§341(a) Meeting Date:** 03/23/10  
**Claims Bar Date:** 10/19/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 914 ACRES ADJACENT TO ROUTE AA, NORTHWEST, U.S.<br>  Orig. Asset Memo: Imported from original petition Doc# 7 | 11,763,000.00 | 2,568,000.00 | | 0.00 | FA |
| 2 | CLAIMS FOR MALICIOUS PROSECUTION, ABUSE OF PROCE<br>  Orig. Asset Memo: Imported from original petition Doc# 7 | Unknown | 0.00 | | 170,111.28 | FA |
| 2 | **Assets**    Totals (Excluding unknown values) | **$11,763,000.00** | **$2,568,000.00** | | **$170,111.28** | **$0.00** |

**Major Activities Affecting Case Closing:**

FINAL

CM Capital claim allowed as timely filed  7/19/12;  claims 1, 2, get nothing.  Claim 4 gets paid as late filed (National City and Allstate are late filed);  all money to Caughlin's client?

Initial case against Missouri Baptist Foundation has already been ruled on by the

**Initial Projected Date Of Final Report (TFR):**    December 31, 2012      **Current Projected Date Of Final Report (TFR):**    April 3, 2013  (Actual)

Printed: 04/14/2013 04:45 PM    V.13.13

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-60066  
**Case Name:** WINDERMERE DEVELOPMENT COMPANY, LLC

**Trustee:** J. KEVIN CHECKETT (450210)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******47-66 - Checking Account

**Taxpayer ID #:** **-***3096  
**Period Ending:** 04/14/13

**Blanket Bond:** $16,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/14/12 | {2} | Missouri Baptist Convention | Lawsuit | 1129-000 | 170,111.28 | | 170,111.28 |
| 11/28/12 | 101 | J. Kevin Checkett | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 11/28/2012 FOR CASE #10-60066<br>Voided on 11/28/12 | 2300-000 | | 179.28 | 169,932.00 |
| 11/28/12 | 101 | J. Kevin Checkett | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 11/28/2012 FOR CASE #10-60066<br>Voided: check issued on 11/28/12 | 2300-000 | | -179.28 | 170,111.28 |
| 11/28/12 | 102 | J. Kevin Checkett | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 11/15/2012 FOR CASE #10-60066 | 2300-000 | | 371.20 | 169,740.08 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 81.33 | 169,658.75 |
| 12/03/12 | 103 | Robert Kollmeier | Appraiser compensations per Order dated 11-16-12 | 3711-000 | | 350.00 | 169,308.75 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 336.08 | 168,972.67 |
| 01/10/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001045021088 20130110 | 9999-000 | | 168,972.67 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 170,111.28 | 170,111.28 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 168,972.67 | |
| | | | **Subtotal** | | 170,111.28 | 1,138.61 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$170,111.28** | **$1,138.61** | |

{} Asset reference(s)

Printed: 04/14/2013 04:45 PM   V.13.13

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 10-60066  
**Case Name:** WINDERMERE DEVELOPMENT COMPANY, LLC  
**Taxpayer ID #:** **-***3096  
**Period Ending:** 04/14/13  

**Trustee:** J. KEVIN CHECKETT (450210)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****750266 - Checking Account  
**Blanket Bond:** $16,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/11/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 168,972.67 | | 168,972.67 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 259.21 | 168,713.46 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 226.49 | 168,486.97 |
| 03/20/13 | 10104 | Schmidt Associates | Accountant compensation per Order dated 3-18-13 | 3410-000 | | 1,160.00 | 167,326.97 |
| 03/20/13 | 10105 | Checkett & Pauly | Attorney compensation & expenses per Order dated 3-11-13 | | | 24,109.40 | 143,217.57 |
| | | | Attorney compensation     24,017.80 | 3110-000 | | | 143,217.57 |
| | | | Attorney compensation          91.60 | 3120-000 | | | 143,217.57 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 168,972.67 | 25,755.10 | **$143,217.57** |
| Less: Bank Transfers | | 168,972.67 | 0.00 | |
| **Subtotal** | | 0.00 | 25,755.10 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$25,755.10** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******47-66** | 170,111.28 | 1,138.61 | 0.00 |
| **Checking # ****750266** | 0.00 | 25,755.10 | 143,217.57 |
| | **$170,111.28** | **$26,893.71** | **$143,217.57** |

{} Asset reference(s)

# Exhibit C

## Case: 10-60066 WINDERMERE DEVELOPMENT COMPANY, LLC

Claims Bar Date: 10/19/11

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | J. KEVIN CHECKETT<br>517 SOUTH MAIN STREET<br>CARTHAGE, MO 64836<br><2100-00 Trustee Compensation>, 200 | Admin Ch. 7<br>01/14/10 | | $11,755.56<br>$11,755.56 | $0.00 | $11,755.56 |
| | J. KEVIN CHECKETT<br>517 SOUTH MAIN STREET<br>CARTHAGE, MO 64836<br><2200-00 Trustee Expenses>, 200 | Admin Ch. 7<br>01/14/10 | | $131.20<br>$131.20 | $0.00 | $131.20 |
| 1 | EXECUTIVE BOARD OF THE MO BAPTIST CONVENTION, INC.<br>MICHAEL K. WHITEHEAD<br>1100 MAIN STREET, SUITE 2600<br>KANSAS CITY, MO 64105<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>02/11/10 | | $0.00 *<br>$0.00 | $0.00 | $0.00 |
| 2 | ALLSTATE CONSULTANTS<br>3312 LEMONE INDUSTRIAL BLVD<br>COLUMBIA, MO 65201-0000<br><7200-00 Tardy General Unsecured § 726(a)(3)>, 620 | Unsecured<br>11/16/11 | 05138.01 AND 06054.02 | $215,090.09<br>$0.00 | $0.00 | $0.00 |
| 3 | CM WINDERMERE 1-256, LLC<br>C/O JOHN T. COGHLAN,<br>ESQ.,LATHROP &<br>GAGE LLP,2345 GRAND BLVD., SUITE 2200<br>KANSAS CITY, MO 64108<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>12/14/11 | | $4,643,450.00<br>$4,643,450.00 | $0.00 | $4,643,450.00 |
| 4 | NATIONAL CITY BANK<br>P.O. BOX 1030<br>OSHTEMO, MI 49077-1030<br><7200-00 Tardy General Unsecured § 726(a)(3)>, 620 | Unsecured<br>06/18/12 | 9730047432 | $2,557,209.93<br>$2,557,209.93 | $0.00 | $2,557,209.93 |
| BOND | J. Kevin Checkett<br>PO Box 409<br>517 S. Main St.<br>Carthage, MO 64836<br><2300-00 Bond Payments>, 200 | Admin Ch. 7<br>01/14/10 | | $550.48<br>$550.48 | $371.20 | $179.28 |
| C&P#1 | Checkett & Pauly<br>517 S. Main Street<br>PO Box 409<br>Carthage, MO 64836<br><3110-00 Attorney for Trustee Fees (Trustee Firm)>, 200 | Admin Ch. 7<br>02/12/13 | | $24,017.80<br>$24,017.80 | $24,017.80 | $0.00 |

(*) Denotes objection to Amount Filed

# Exhibit C

**Case: 10-60066 WINDERMERE DEVELOPMENT COMPANY, LLC**

Claims Bar Date: 10/19/11

| Claim Number | Claimant Name / &lt;Category&gt;, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| C&P#2 | Checkett & Pauly<br>517 S. Main Street<br>PO Box 409<br>Carthage, MO 64836<br>&lt;3120-00 Attorney for Trustee Expenses (Trustee Firm)&gt;, 200 | Admin Ch. 7<br>02/12/13 | | $91.60<br>$91.60 | $91.60 | $0.00 |
| ADMIN#1 | Robert Kollmeier<br>Robert L. Kollmeier, Inc.<br>3134 E. Sunshine<br>Springfield, MO 65804<br>&lt;3711-00 Appraiser for Trustee Fees&gt;, 200 | Admin Ch. 7<br>11/16/12 | | $350.00<br>$350.00 | $350.00 | $0.00 |
| ADMIN#2 | Schmidt Associates<br>2530 S. Grand Ave., Suite C<br>Carthage, MO 64836<br>&lt;3410-00 Accountant for Trustee Fees (Other Firm)&gt;, 200 | Admin Ch. 7<br>02/19/13 | | $1,160.00<br>$1,160.00 | $1,160.00 | $0.00 |
| | | | **Case Total:** | | **$25,990.60** | **$7,212,725.97** |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-60066
Case Name: WINDERMERE DEVELOPMENT COMPANY, LLC
Trustee Name: J. KEVIN CHECKETT

**Balance on hand:**           $         143,217.57

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $         0.00
Remaining balance:                        $   143,217.57

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - J. KEVIN CHECKETT | 11,755.56 | 0.00 | 11,755.56 |
| Trustee, Expenses - J. KEVIN CHECKETT | 131.20 | 0.00 | 131.20 |
| Other Expenses: J. Kevin Checkett | 550.48 | 371.20 | 179.28 |

Total to be paid for chapter 7 administration expenses:   $     12,066.04
Remaining balance:                                        $    131,151.53

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $         0.00
Remaining balance:                                            $    131,151.53

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

| | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 131,151.53 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,643,450.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | CM WINDERMERE 1-256, LLC | 4,643,450.00 | 0.00 | 131,151.53 |

| | Total to be paid for timely general unsecured claims: | $ | 131,151.53 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 2,557,209.93 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | NATIONAL CITY BANK | 2,557,209.93 | 0.00 | 0.00 |

| | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**